**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00046-CR**
_____

**PETER BREAUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 09-07735

**MEMORANDUM OPINION**

In this appeal, we conclude that no arguable issues support Peter Breaux's appeal. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In carrying out a plea bargain agreement, Peter Breaux pled guilty to burglary of a habitation. *See* Tex. Penal Code Ann. § 30.02(a)(3) (West 2011). Under the terms of Breaux's plea agreement, the trial court deferred the

adjudication of Breaux's guilt, placed Breaux on community supervision for ten years, and assessed a fine of $1,000.

Subsequently, by motion, the State asked the trial court to revoke its community supervision order and to find Breaux guilty of burglarizing a habitation. After a hearing, the trial court found Breaux guilty, sentenced Breaux to serve ten years in prison, and imposed a $1,000 fine.

On appeal, Breaux's counsel filed a brief, which presents counsel's professional evaluation of the record and concludes that Breaux's appeal is frivolous. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time to allow Breaux to file a *pro se* brief, but he did not do so.

After reviewing the appellate record, we agree with counsel's conclusion that no arguable issues support Breaux's appeal. Consequently, we need not order the appointment of new counsel to re-brief Breaux's appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____

[1]Breaux may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

_____
HOLLIS HORTON
Justice

Submitted on June 21, 2013
Opinion Delivered July 10, 2013
Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.